ACCEPTED
04-15-00606-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
10/21/2015 1:59:06 PM
KEITH HOTTLE
CLERK

LAW OFFICES OF

# HIGDON, HARDY & ZUFLACHT, L.L.P.

12000 HUEBNER ROAD, SUITE 200
SAN ANTONIO, TEXAS 78230-1210

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS

10/21/2015 1:59:06 PM
KEITH HOTTLE
Clerk

**DAVID T. EMORY**
Board Certified - Family Law
Texas Board of Legal Specialization
Member, State Bar College

Telephone: (210) 349-9933
Telecopier: (210) 349-9988
davidemory@hhzlaw.com

October 21, 2015

**VIA FACSIMILE NO: (210) 335-2762**
Keith Hottle
Fourth Court of Appeals
Cadena-Reeves Justice Center
300 Dolorosa, Suite 3200
San Antonio, Texas 78205-3037

Re:  *Cause No. 04-15-00606-CV, In the Court of Appeals for the Fourth District of Texas at San Antonio, Texas, In Re James David Henry, Relator*

Dear Mr. Hottle:

In regard to the above referenced matter, please be advised that I represent Relator, Mr. James David Henry, for a pending Writ of Mandamus filed with the Fourth Court of Appeals on October 2, 2015.

It has come to my attention that the Real Party in Interest, who is represented by Pamela Julian, filed a Response to Relator's Writ of Mandamus on October 19, 2015. On behalf of my client, Mr. James David Henry, I would like to file a reply brief to Real Party in Interest's Response to Relator's Writ of Mandamus. Pursuant to the Texas Rules of Appellate Procedure Section 52.5, relator may file a reply addressing any matter in the response. It is my intention to file a Reply brief no later than Friday October 30, 2015.

I trust you will give this matter your immediate attention. If you have any questions please give me a call.

Yours very truly,

DAVID T. EMORY

DTE/ee